**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James W Gholson** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | **17-90942-BHL** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**   **Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................... | $          287,200.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B..................................... | $          101,337.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B.............................................. | $          388,537.00 |

**Part 2:**   **Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          151,988.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $          1,568.98 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $          668,670.20 |
| **Your total liabilities** | $          822,227.18 |

**Part 3:**   **Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................................... | $          4,246.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $          4,245.65 |

**Part 4:**   **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■  Yes

7. **What kind of debt do you have?**

   ☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

Debtor 1   **James W Gholson**                                          Case number *(if known)*   **17-90942-BHL**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                        $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 1,568.98 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 1,568.98 |

**Fill in this information to identify your case and this filing:**

Debtor 1     **James W Gholson**
       First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number    **17-90942-BHL**

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1

**7140 N CR 480 W**
Street address, if available, or other description

**Scipio**        **IN**        **47273-0000**
City           State        ZIP Code

**Jennings**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Assessed Value: $138,200**
**In the name of James W. Gholson**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$138,200.00** | **$138,200.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **James W Gholson**    Case number *(if known)*    **17-90942-BHL**

---

**1.2**    **If you own or have more than one, list here:**

**N CR 480 W**

Street address, if available, or other description

**Scipio**          **IN**    **47273-0000**

City          State    ZIP Code

**Jennings**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☒ Other    **Forrest**

**Who has an interest in the property?** Check one

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Tax Assessed Value:  $100.00 - 29.841 AC WILDLIFE - Actual value is unknown; however, the Debtor intends to settle with the Trustee on the value of his ownership.
Owned by:
James W Gholson (Debtor)
Victoria L Gholson (ex-wife)
Beverly VanKirk (ex-mother-in-law)
James Christopher Gholson (son)
Joshua William Gholson (son)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**Unknown**    **Unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants In Common**

☐ **Check if this is community property**
(see instructions)

---

**1.3**    **If you own or have more than one, list here:**

**4650 N Hwy 3**

Street address, if available, or other description

**North Vernon**          **IN**    **47265-0000**

City          State    ZIP Code

**Jennings**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☒ Other    **Commercial Bldg**

**Who has an interest in the property?** Check one

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Tax Assessed Value: $132,800.00
Purchase Offer (May 2017): $149,000.00

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$149,000.00**    **$149,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Debtor is sole member of Jenco Holdings, LLC, which owns this commercial property.**

☐ **Check if this is community property**
(see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................=>**    **$287,200.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **James W Gholson**                                           Case number *(if known)*    **17-90942-BHL**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Chevrolet** |
|---|---|---|
| | Model: | **Silverado** |
| | Year: | **2015** |
| | Approximate mileage: | **35,000** |
| | Other information: | |

**Purchased September, 2015: $35,000.00**
**Debtor estimates he could sell the vehicle for no more than $26,000.00**
**TO BE REAFFIRMED**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$26,000.00**
Current value of the portion you own? **$26,000.00**

---

| 3.2 | Make: | **Chevrolet** |
|---|---|---|
| | Model: | **City Express** |
| | Year: | **2016** |
| | Approximate mileage: | **35,000** |
| | Other information: | |

**Purchased 2015: $21,000**
**Estimated Value: $15,000**
**TO BE SURRENDERED**
**Debtor is the sole shareholder of Jenco Medical, Inc., which is the title owner of this vehicle.**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$15,000.00**
Current value of the portion you own? **$15,000.00**

---

| 3.3 | Make: | **Ford** |
|---|---|---|
| | Model: | **350 Van** |
| | Year: | **2006** |
| | Approximate mileage: | **200,000** |
| | Other information: | |

**NADA Trade In Value: $6,200**
**NADA Retail Value: $9,875**
**Average Value: $8,037**
**SURRENDERED**
**Debtor is the sole shareholder of Jenco Medical, Inc., which is the title owner of this vehicle.**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$8,037.00**
Current value of the portion you own? **$8,037.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...................................................................=>    **$49,037.00**

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1     **James W Gholson**          Case number *(if known)*    **17-90942-BHL**

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | Used furniture and/or household items all of which are located at the Debtor(s) residence. Debtor does not have any antiques or other individual items of significant value other than general furniture and/or household items.<br>**Location: 7140 N Co Rd 480 W, Scipio IN 47273** | **$2,000.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | | |
   |---|---|
   | 55 inch TV (6yrs old)<br>**Location: 7140 N Co Rd 480 W, Scipio IN 47273** | **$100.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---|
    | Remington 1200 Auto - $200<br>Winchester 410 Pump - $200<br>Glock 19 x 2 - $700<br>**Location: 7140 N Co Rd 480 W, Scipio IN 47273** | **$1,100.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---|
    | Used clothing and personal effects which are in the possession of the Debtor[s].<br>**Location: 7140 N Co Rd 480 W, Scipio IN 47273** | **$100.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **James W Gholson** | | Case number *(if known)* | **17-90942-BHL** |

---

14. **Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................

| **$3,300.00** |

---

| **Part 4:** | **Describe Your Financial Assets** |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No

☐ Yes...........................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................

|  |  | Institution name: |  |
|---|---|---|---|
| 17.1. | Individual Checking | **CLOSED ACCOUNT** **Individual - James W Gholson** **Institution:  PNC Bank - Performance Checking** **Account No:   2014** | **$0.00** |
| 17.2. | Business Checking | **CLOSED ACCOUNT -Jenco Medical and Mobility Inc** **Institution:  PNC Bank - Business Enterprise Checking** **Account No:  5338** **ACCOUNT CLOSED BY DEBTOR ON 4/13/17** | **$0.00** |
| 17.3. | Business Checking | **Joint or Individual: James Gholson** **Institution:  Centra Credit Union** **Account No:  2624** **Bal. at time of filing: $49,000.00** | **$49,000.00** |
| 17.4. | Individual Checking | **Institution: PNC Bank** **Account No: 2014** **Bal. at time of filing: Unknown** | **Unknown** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................
   Name of entity:                              % of ownership:

---

Debtor 1   **James W Gholson**                                                   Case number *(if known)*   **17-90942-BHL**

| | | |
|---|---|---|
| **Jenco Medical Inc.**<br>**This entity is solely owned by the Debtor. The only assets of Jenco Medical are its accounts receivables, respiratory medical equipment, and durable medical equipment. An itemized list of the assets is attached hereto. All receivables were sold pursuant to an agreement pre-petition. The proceeds of that sale will be turned over to the Trustee.** | **100%** % | **Unknown** |
| **Jenco Holdings, LLC**<br>**This entity is solely owned by the Debtor. The only asset of Jenco Holdings, LLC. is the real estate located at 4650 N Hwy 3, North Vernon, IN.** | **100%** % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **James W Gholson**                                        Case number (if known)    17-90942-BHL

28.  **Tax refunds owed to you**
  ☐ No
  ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

|  |  |
|---|---|
| **The Debtor does not expect to receive a tax refund.** | **$0.00** |

29.  **Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
  ■ No
  ☐ Yes. Give specific information......

30.  **Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
       benefits; unpaid loans you made to someone else
  ☐ No
  ■ Yes.  Give specific information..

|  |  |
|---|---|
| **Accounts receivable owed to Jenco Medical, Inc. were sold prior to the filing of this Petition. Details of the transaction are forthcoming and all documents will be forwarded to the Trustee. The Debtor intends to turnover to the Trustee all proceeds of the sale.** | **Unknown** |

31.  **Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
  ■ No
  ☐ Yes. Name the insurance company of each policy and list its value.
       Company name:                                         Beneficiary:                          Surrender or refund
                                                                                                    value:

32.  **Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
  someone has died.
  ■ No
  ☐ Yes.  Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
  ■ No
  ☐ Yes.  Describe each claim.........

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
  ■ No
  ☐ Yes.  Describe each claim.........

35.  **Any financial assets you did not already list**
  ■ No
  ☐ Yes.  Give specific information..

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
       for Part 4. Write that number here...................................................................................................................

|  |
|---|
| **$49,000.00** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**
  ■ No. Go to Part 6.
  ☐ Yes.  Go to line 38.

Debtor 1    **James W Gholson**                Case number *(if known)*    **17-90942-BHL**

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  $0.00

---

**Part 8:**   **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ....................................................................................................  $287,200.00
56. **Part 2: Total vehicles, line 5**     $49,037.00
57. **Part 3: Total personal and household items, line 15**     $3,300.00
58. **Part 4: Total financial assets, line 36**     $49,000.00
59. **Part 5: Total business-related property, line 45**     $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00
61. **Part 7: Total other property not listed, line 54**     +    $0.00

62. **Total personal property.** Add lines 56 through 61...     $101,337.00     Copy personal property total     $101,337.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62     $388,537.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James W Gholson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | **17-90942-BHL** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2015 Chevorlet Silverado 35,000 miles**<br>**Purchased September, 2015: $35,000.00**<br>**Debtor estimates he could sell the vehicle for no more than $26,000.00**<br>**TO BE REAFFIRMED**<br>Line from *Schedule A/B*: **3.1** | **$26,000.00** | ■ $10,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |
| **Business Checking: Joint or Individual: James Gholson**<br>**Institution:  Centra Credit Union**<br>**Account No:  2624**<br>**Bal. at time of filing: $49,000.00**<br>Line from *Schedule A/B*: **17.3** | **$49,000.00** | ■ $78.83<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(3)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James W Gholson** |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name ___ Middle Name ___ Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | **17-90942-BHL** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.1** Centra Credit Union | | $13,145.00 | $26,000.00 | $0.00 |

| 2.1 | **Centra Credit Union** |
|---|---|
| | Creditor's Name |

**Describe the property that secures the claim:**

**2015 Chevorlet Silverado 35,000 miles
Purchased September, 2015: $35,000.00
Debtor estimates he could sell the vehicle for no more than $26,000.00
TO BE REAFFIRMED**

**3801 Tupleo Dr
Columbus, IN 47202**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __Purchase Money Security__

| | |
|---|---|
| | **Opened 09/16  Last Active** |
| Date debt was incurred | **4/13/17** |
| Last 4 digits of account number | **2401** |

| 2.2 | **Citizens Bank** | | $12,000.00 | $15,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**

**2016 Chevorlet City Express 35,000 miles
Purchased 2015: $21,000
Estimated Value: $15,000
TO BE SURRENDERED
Debtor is the sole shareholder of Jenco Medical, Inc., which is the title owner of this vehicle.**

**33 N Indiana St
POB 789
Mooresville, IN 46158**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent

Debtor 1  **James W Gholson**                                    Case number (if know)  **17-90942-BHL**

First Name        Middle Name        Last Name

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Purchase Money Security**

Date debt was incurred  **2015**        Last 4 digits of account number

---

| 2.3 | **Mainsource Bank** | Describe the property that secures the claim: | $112,865.00 | $138,200.00 | $0.00 |
|-----|---------------------|-----------------------------------------------|-------------|-------------|-------|

Creditor's Name

**7140 N CR 480 W Scipio, IN 47273**
**Jennings County**
**Tax Assessed Value:  $138,200**
**In the name of James W. Gholson**

**201 N Broadway**
**POB 129**
**Greensburg, IN 47240**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **1st Mortgage**

Date debt was incurred  **Opened 06/16  Last Active 4/03/17**        Last 4 digits of account number  **6730**

---

| 2.4 | **Mainsource Bank** | Describe the property that secures the claim: | $13,978.00 | $138,200.00 | $0.00 |
|-----|---------------------|-----------------------------------------------|------------|-------------|-------|

Creditor's Name

**7140 N CR 480 W Scipio, IN 47273**
**Jennings County**
**Tax Assessed Value:  $138,200**
**In the name of James W. Gholson**

**201 N Broadway**
**POB 129**
**Greensburg, IN 47240**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **2nd Mortgage**

Date debt was incurred  **Opened 08/16  Last Active 3/23/17**        Last 4 digits of account number  **7635**

---

|  | **$151,988.00** |  |
|--|-----------------|--|

Debtor 1   **James W Gholson**                                    Case number (if know)   **17-90942-BHL**

First Name            Middle Name            Last Name

| Add the dollar value of your entries in Column A on this page. Write that number here: | |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$151,988.00** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James W Gholson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number | **17-90942-BHL** |
| (if known) | |

☐ Check if this is an
 amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

**2.    List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number ____ | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**POB 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? ____

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ☐ Disputed
☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt    **Type of PRIORITY unsecured claim:**
                                                   ☐ Domestic support obligations
**Is the claim subject to offset?**                ☑ Taxes and certain other debts you owe the government
☑ No                                               ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                              ☐ Other. Specify ____

| 2.2 | **Jennings County Treasurer** | Last 4 digits of account number **n/a** | **$1,568.98** | **$1,568.98** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**200 E Brown St #103**
**Vernon, IN 47282**
Number Street City State Zip Code

When was the debt incurred? **Prior to 5/2017**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ☐ Disputed
☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt    **Type of PRIORITY unsecured claim:**
                                                   ☐ Domestic support obligations
**Is the claim subject to offset?**                ☑ Taxes and certain other debts you owe the government
☑ No                                               ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                              ☐ Other. Specify ____

**Real estate taxes**

Debtor 1   **James W Gholson**                                  Case number (if know)   **17-90942-BHL**

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|

**4.1**   **ADT**

Nonpriority Creditor's Name

**POB 371878**
**Pittsburgh, PA 15250**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5562**

When was the debt incurred?   **Prior to 5/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

$121.95

---

**4.2**   **Airgas USA LLC**

Nonpriority Creditor's Name

**POB 532609**
**Atlanta, GA 30353-2609**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **Multiple accounts**

When was the debt incurred?   **Prior to 5/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **LAWSUIT Business debt**

$29,593.34

Debtor 1    **James W Gholson**                                              Case number (if know)    **17-90942-BHL**

---

| 4.3 | **Allied Collection Service** | Last 4 digits of account number | **1528** | **$715.56** |

Nonpriority Creditor's Name
**1607 Central Ave**
**POB 670**
**Columbus, IN 47202**

When was the debt incurred?    **Prior to 5/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt. Collection for unknown creditor.**

---

| 4.4 | **American Welding** | Last 4 digits of account number | **4893** | **$6,294.22** |

Nonpriority Creditor's Name
**5353 W Southern Ave**
**Indianapolis, IN 46242**

When was the debt incurred?    **Prior to 5/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.5 | **Anthem Blue Cross Blue Shield** | Last 4 digits of account number | **0891** | **$1,452.60** |

Nonpriority Creditor's Name
**Central Region**
**POB 73651**
**Cleveland, OH 44193-1177**

When was the debt incurred?    **Prior to 5/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

---

Debtor 1  **James W Gholson**                                              Case number (if know)  **17-90942-BHL**

| 4.6 | **ARI Network Services** | Last 4 digits of account number | **3197** | **$900.00** |

Nonpriority Creditor's Name
**10850 W Park Pl Ste 1200**
**Milwaukee, WI 53224**
Number Street City State Zip Code

When was the debt incurred?  **Prior to 5/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Trade Credit**

---

| 4.7 | **Bank of America** | Last 4 digits of account number | **0975** | **$3,405.00** |

Nonpriority Creditor's Name
**Nc4-105-03-14**
**POB 26012**
**Greensboro, NC 27410**
Number Street City State Zip Code

When was the debt incurred?  **Opened 11/93  Last Active 2/24/17**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.8 | **Brightree LLC** | Last 4 digits of account number | **Multiple accounts** | **$2,906.87** |

Nonpriority Creditor's Name
**1735 N Brown Rd NW #500**
**Lawrenceville, GA 30043**
Number Street City State Zip Code

When was the debt incurred?  **Prior to 5/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt**

---

Debtor 1    **James W Gholson**                                          Case number (if know)    **17-90942-BHL**

---

| 4.9 | **Capital Funds Leasing** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**24 Commerce St Ste 425**
**Newark, NJ 07102**

When was the debt incurred?    **Prior to 8/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Business debt**

---

| 4.10 | **CCI Cloud** | Last 4 digits of account number    **1927** | **$370.56** |

Nonpriority Creditor's Name
**POB 660831**
**Dallas, TX 75266-0831**

When was the debt incurred?    **Prior to 5/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Business debt**

---

| 4.11 | **Citizens Bank** | Last 4 digits of account number    **n/a** | **$12,734.40** |

Nonpriority Creditor's Name
**33 N Indiana St**
**POB 789**
**Mooresville, IN 46158**

When was the debt incurred?    **Prior to 5/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Business debt**

---

Debtor 1    **James W Gholson**

Case number (if know)    **17-90942-BHL**

---

| 4.1 2 | **Compass Health Apex** | Last 4 digits of account number | **3672** | $303.50 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6753 Engle Rd**
**Middieburg Hts, OH 44130**
Number Street City State Zip Code

When was the debt incurred?    **Prior to 5/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.1 3 | **Complete Pmt Recovery Srvcs** | Last 4 digits of account number | **n/a** | $2,682.71 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**POB 30184**
**Tampa, FL 33630-3184**
Number Street City State Zip Code

When was the debt incurred?    **Prior to 5/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt -- MainSource Bank**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.1 4 | **CPRS** | Last 4 digits of account number | **7214** | $2,682.71 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3500 5th St**
**Northport, AL 35476**
Number Street City State Zip Code

When was the debt incurred?    **Prior to 5/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **James W Gholson**

Case number (if know)  **17-90942-BHL**

---

| 4.1 5 | **Drive Medical Design** | Last 4 digits of account number | **Multiple accounts** | | $18,980.01 |

Nonpriority Creditor's Name
**POB 798019**
**Saint Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?  **Prior to 5/2017**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt**

---

| 4.1 6 | **Everest Business Funding** | Last 4 digits of account number | **8817** | | $22,908.14 |

Nonpriority Creditor's Name
**16819 S Dupont Hwy Ste 300**
**Harrington, DE 19952**
Number Street City State Zip Code

When was the debt incurred?  **Prior to 5/2017**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt - in collection w/Benjamin & Williams Credit Investigators Inc**

---

| 4.1 7 | **Financial Pacific Leasing** | Last 4 digits of account number | **Multiple accounts** | | $55,590.17 |

Nonpriority Creditor's Name
**3455 S 344th Ste A**
**Federal Way, WA 98001**
Number Street City State Zip Code

When was the debt incurred?  **Prior to 5/2017**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt**

---

Debtor 1    **James W Gholson**

Case number (if know)    **17-90942-BHL**

---

| 4.1 8 | **First Bank Richmond** | Last 4 digits of account number | **Multiple accounts** | | $133,401.56 |

Nonpriority Creditor's Name

**POB 937**
**Richmond, IN 47375**

Number Street City State Zip Code

When was the debt incurred?    **Prior to 5/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Debtor 1 only

- ■ No
- ☐ Yes

- ■ Other. Specify    **Business debt**

---

| 4.1 9 | **FP Mailing Solutions** | Last 4 digits of account number | **1375** | | $511.80 |

Nonpriority Creditor's Name

**POB 4510**
**Carol Stream, IL 60197**

Number Street City State Zip Code

When was the debt incurred?    **Prior to 5/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **Business debt**

---

| 4.2 0 | **Frontier** | Last 4 digits of account number | **8602** | | $396.03 |

Nonpriority Creditor's Name

**POB 20550**
**Rochester, NY 14602-0550**

Number Street City State Zip Code

When was the debt incurred?    **Prior to 5/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **James W Gholson**

Case number (if know) **17-90942-BHL**

---

| 4.2 | |
|---|---|
| 1 | |

**G F Health Products Inc**
Nonpriority Creditor's Name
**2935 Northeast Pkwy**
**Atlanta, GA 30360**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number **JH15**

When was the debt incurred? **Prior to 3/2017**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt**

$766.85

---

| 4.2 | |
|---|---|
| 2 | |

**Great American Leasing**
Nonpriority Creditor's Name
**POB 6608.31**
**Dallas, TX 75266-0831**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number **Multiple accounts**

When was the debt incurred? **Prior to 5/2017**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt**

$1,117.66

---

| 4.2 | |
|---|---|
| 3 | |

**Hoffman Quality Gra**
Nonpriority Creditor's Name
**POB 821**
**Rochester, IN 46975**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number **Multiple accounts**

When was the debt incurred? **Prior to 5/2017**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt**

$2,167.11

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **James W Gholson**

Case number (if know)    **17-90942-BHL**

| 4.2 4 | **Indiana Oxygen Co** | Last 4 digits of account number | **Multiple accounts** | $1,584.18 |

Nonpriority Creditor's Name
**POB 78588**
**Indianapolis, IN 46278-0588**
Number Street City State Zip Code

When was the debt incurred?    **Prior to 5/2017**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

| 4.2 5 | **Integrated Business** | Last 4 digits of account number | **Multiple accounts** | $12,178.00 |

Nonpriority Creditor's Name
**476 Manor Dr**
**Seymour, IN 47274**
Number Street City State Zip Code

When was the debt incurred?    **Prior to 5/2017**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

| 4.2 6 | **Jim Gordon Inc** | Last 4 digits of account number | **5130** | $1,000.19 |

Nonpriority Creditor's Name
**POB 501**
**Columbus, IN 47202-0501**
Number Street City State Zip Code

When was the debt incurred?    **Prior to 5/2017**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **James W Gholson**                                              Case number (if know)    **17-90942-BHL**

---

| 4.2 7 | **LEAF** | Last 4 digits of account number | **5690** | **$19,777.44** |

Nonpriority Creditor's Name

**POB 742647**
**Cincinnati, OH 45274-2647**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**When was the debt incurred?**    **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **Business debt**

---

| 4.2 8 | **Lisa Caseltine** | Last 4 digits of account number | **n/a** | **$27,965.90** |

Nonpriority Creditor's Name

**1954 Sherman Dr**
**Columbus, IN 47203**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**When was the debt incurred?**    **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **Business debt**

---

| 4.2 9 | **Managed Health Service** | Last 4 digits of account number | **7398** | **$1,460.00** |

Nonpriority Creditor's Name

**Claims Recovery Team**
**75 Remittance Dr Ste 6446**
**Chicago, IL 60675-6446**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**When was the debt incurred?**    **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **Business debt**

---

Debtor 1    **James W Gholson**                                          Case number (if know)   **17-90942-BHL**

---

| 4.30 | **McKesson Corp** | Last 4 digits of account number _____ | **$3,864.00** |

Nonpriority Creditor's Name

**8121 10th Ave N**
**Minneapolis, MN 55427**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    **Prior to 5/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **McKesson Medical-Surgical Minnesota Supply Inc**

---

| 4.31 | **Med Depot/Drive Devilbiss Healthcare** | Last 4 digits of account number   **6054** | **$27,104.72** |

Nonpriority Creditor's Name

**c/o Rubin & Levin**
**135 N Pennsylvania St Ste 1400**
**Indianapolis, IN 46204**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    **Prior to June 2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.32 | **Medlift and M** | Last 4 digits of account number   **8069** | **$895.45** |

Nonpriority Creditor's Name

**POB 1249**
**Calhoun City, MS 38916**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    **Prior to 5/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **James W Gholson**

Case number (if know)    **17-90942-BHL**

---

| 4.3 3 | **Metronet/RCS** | Last 4 digits of account number | **1888** | **$8,318.11** |

Nonpriority Creditor's Name
**1201 Jefferson St Ste 150**
**Washington, MO 63090**
Number Street City State ZIp Code

When was the debt incurred?    **Prior to 5/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

| 4.3 4 | **Mr Lubie #10** | Last 4 digits of account number | **1726** | **$51.14** |

Nonpriority Creditor's Name
**100 E Tipton St**
**Seymour, IN 47274**
Number Street City State ZIp Code

When was the debt incurred?    **Prior to 5/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.3 5 | **Multimedia Sales** | Last 4 digits of account number | **4783** | **$633.00** |

Nonpriority Creditor's Name
**POB 5065**
**Buffalo Grove, IL 60089**
Number Street City State ZIp Code

When was the debt incurred?    **Prior to 5/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

Debtor 1 **James W Gholson**

Case number (if know) **17-90942-BHL**

---

| 4.3 6 | | | |
|---|---|---|---|

**MW Oxygen Inc**
Nonpriority Creditor's Name
**c/o Thomas Mote Atty**
**POB 764**
**Columbus, IN 47202-0764**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** **Multiple accounts**

**When was the debt incurred?** **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business debt**

**$1,778.76**

---

| 4.3 7 | | | |
|---|---|---|---|

**Networkfleet**
Nonpriority Creditor's Name
**POB 975544**
**Dallas, TX 75397-5544**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** **n/a**

**When was the debt incurred?** **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business debt**

**$908.70**

---

| 4.3 8 | | | |
|---|---|---|---|

**Nugrowth Cap dba IBIS**
Nonpriority Creditor's Name
**1 Bluehill Plaza Ste 1514**
**Pearl River, NY 10965**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** **n/a**

**When was the debt incurred?** **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business debt**

**$6,934.00**

---

Debtor 1  **James W Gholson**

Case number (if know)  **17-90942-BHL**

---

**4.3 9**

**OMG Computers**
Nonpriority Creditor's Name
**1839 Jolinda Dr**
**Columbus, IN 47203**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **n/a**                    $4,326.81

**When was the debt incurred?**   **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 0**

**OnDeck**
Nonpriority Creditor's Name
**901 N Stuart St Ste 700**
**Arlington, VA 22203**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **6647**                   $72,631.35

**When was the debt incurred?**   **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 1**

**Optum Insight**
Nonpriority Creditor's Name
**POB 88050**
**Chicago, IL 60680-1050**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2498**                   $82.34

**When was the debt incurred?**   **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **James W Gholson**

Case number (if know)    **17-90942-BHL**

---

| 4.4 2 | **Patient Point Hospital Solutions** | | Last 4 digits of account number | **8291** | **$3,220.00** |

Nonpriority Creditor's Name

**11408 Otter Creek S Rd**
**Mabelvale, AR 72103**

When was the debt incurred?    **Prior to 5/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.4 3 | **Patterson Medical** | | Last 4 digits of account number | **Multiple accounts** | **$704.48** |

Nonpriority Creditor's Name

**POB 93040**
**Chicago, IL 60673-9304**

When was the debt incurred?    **Prior to 5/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.4 4 | **PNC Bank** | | Last 4 digits of account number | **Multiple accounts** | **$106,320.29** |

Nonpriority Creditor's Name

**POB 856177**
**Louisville, KY 40285-6177**

When was the debt incurred?    **Prior to 5/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

Debtor 1  **James W Gholson**

Case number (if know)  **17-90942-BHL**

---

| 4.4 5 | **PNC Bank Credit Card** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**POB 5570**
**Mailstop  BR- YB58-01-5**
**Cleveland, OH 44101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **9081**

**$13,062.00**

**When was the debt incurred?**  **Opened 02/12  Last Active 2/20/17**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.4 6 | **Praxair Distribution** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Dept CH 10660**
**Palatine, IL 60055**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **P820**

**$2,150.04**

**When was the debt incurred?**  **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt**

---

| 4.4 7 | **ResMed** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**POB 543593**
**Atlanta, GA 30353**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **1234**

**$1,474.97**

**When was the debt incurred?**  **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt**

---

Debtor 1 **James W Gholson**

Case number (if know)   **17-90942-BHL**

---

| 4.4 8 | **Robbin Strope** | Last 4 digits of account number | **4418** | **$5,514.34** |

Nonpriority Creditor's Name
**8040 S Co Rd 310 W**
**Commiskey, IN 47227**
Number Street City State Zip Code

When was the debt incurred?   **Prior to 5/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt**

---

| 4.4 9 | **Salter** | Last 4 digits of account number | **JENOIN** | **$2,052.38** |

Nonpriority Creditor's Name
**8399 Solutions Ctr**
**Chicago, IL 60677**
Number Street City State Zip Code

When was the debt incurred?   **Prior to 5/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt**

---

| 4.5 0 | **Shred It** | Last 4 digits of account number | **0698** | **$164.54** |

Nonpriority Creditor's Name
**28883 Network Pl**
**Chicago, IL 60673-1288**
Number Street City State Zip Code

When was the debt incurred?   **Prior to 5/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt**

---

Debtor 1   **James W Gholson**

Case number (if know)    **17-90942-BHL**

---

**4.5 1**

**Sunset**

Nonpriority Creditor's Name

**Dept 20-4001**
**POB 5963**
**Carol Stream, IL 60197-5963**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **N002**                $7,195.82

**When was the debt incurred?**    **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business debt**

---

**4.5 2**

**Target**

Nonpriority Creditor's Name

**c/o Financial & Retail Serv**
**MS BV POB 9475**
**Minneapolis, MN 55440**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **6597**                $1,893.00

**When was the debt incurred?**    **Opened 02/05  Last Active 4/07/17**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

**4.5 3**

**Target**

Nonpriority Creditor's Name

**c/o Financial & Retail Serv**
**MS BV POB 9475**
**Minneapolis, MN 55440**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **4272**                $2,007.70

**When was the debt incurred?**    **Prior to 5/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **May be a duplicate listing**

---

Debtor 1    **James W Gholson**

Case number (if know)    **17-90942-BHL**

---

| 4.5 4 | **Teresa Gholson** | Last 4 digits of account number | **n/a** | **$27,965.80** |

Nonpriority Creditor's Name
**5969 Regency Cr**
**Columbus, IN 47203**
Number Street City State Zip Code

**When was the debt incurred?**    **Prior to 5/2017**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business debt**

---

| 4.5 5 | **The Office Shop** | Last 4 digits of account number | **1045** | **$415.00** |

Nonpriority Creditor's Name
**131 Village Sq**
**Batesville, IN 47006**
Number Street City State Zip Code

**When was the debt incurred?**    **Prior to 5/2017**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business debt**

---

| 4.5 6 | **VGM** | Last 4 digits of account number | **0302** | **$3,033.00** |

Nonpriority Creditor's Name
**POB 2817**
**Waterloo, IA 50704-2817**
Number Street City State Zip Code

**When was the debt incurred?**    **Prior to 5/2017**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business debt**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address    On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1    **James W Gholson**      Case number (*if know*)    **17-90942-BHL**

| | |
|---|---|
| **Everest Business Funding**<br>**c/o Benjamin & Williams Credit**<br>**Invest**<br>**2233 Nesconset Hwy Ste 205**<br>**Lake Grove, NY 11755** | Line **4.16** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Graham-Field Health**<br>**POB 47510**<br>**Doraville, GA 30362-0510** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Internal Revenue Service**<br>**Special Procedures**<br>**575 N Pennsylvania Ste 594**<br>**Indianapolis, IN 46204-1580** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (*Check one*):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**McKesson Corp**<br>**One Post St**<br>**San Francisco, CA 94104** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

### Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $    0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $    1,568.98 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $    0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $    0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $    1,568.98 |

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $    0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $    0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $    0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $    668,670.20 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $    668,670.20 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James W Gholson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA | | |
| Case number | 17-90942-BHL | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    **No cell phone contract to assume.** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

Debtor 1          **James W Gholson**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number      **17-90942-BHL**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number      Street<br>_____<br>City               State           ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number      Street<br>_____<br>City               State           ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| Debtor 1 | James W Gholson |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (If known) | 17-90942-BHL |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Retired/Disabled | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2.  $            0.00 | $            N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3.  +$            0.00 | +$            N/A |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4.  $            0.00 | $            N/A |

Debtor 1  **James W Gholson**                                                 Case number (*if known*)  **17-90942-BHL**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  —  6.  $ 0.00  $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  —  7.  $ 0.00  $ N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  —  8a.  $ 0.00  $ N/A

8b. **Interest and dividends**  —  8b.  $ 0.00  $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  —  8c.  $ 0.00  $ N/A

8d. **Unemployment compensation**  —  8d.  $ 0.00  $ N/A

8e. **Social Security**  —  8e.  $ 1,331.00  $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:  —  8f.  $ 0.00  $ N/A

8g. **Pension or retirement income**  —  8g.  $ 0.00  $ N/A

8h. **Other monthly income.** Specify:  **VA Disability**  —  8h.+  $ 2,915.00 +  $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  —  9.  $ 4,246.00  $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.  —  10.  $ 4,246.00  +  $ N/A  =  $ 4,246.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:  —  11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies  —  12.  $ 4,246.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

## INDEPENDENT CONSULTING AND NON-COMPETE AGREEMENT

THIS INDEPENDENT CONSULTING AND NON-COMPETE AGREEMENT, dated May 1st, 2017 (this "Agreement"), is entered into by and between George's Family Pharmacy, Inc. ("Company"), an Indiana corporation, having an address of 480 Main St., Brookville, IN 47012; Jim Gholson RT ("Consultant"), an individual, having an address of 7140 N. County Road 480 W, Scipio, IN 47273; and Jenco Medical and Mobility, Inc., an Indiana Corporation; (Company, Consultant, and all above named are sometimes hereinafter referred to as the "Parties".)

### RECITALS

WHEREAS, Company and Consultant are entering into this Agreement simultaneously with and as an integral part of the execution of an Asset Purchase Agreement, dated May, 1st 2017 ("Asset Purchase Agreement"), detailing a transaction by and between George's Family Pharmacy, Inc, as buyer, and Jenco Medical and Mobility Inc., as seller (the "Transaction"); and

WHEREAS, Consultant is a principal and sole shareholder of Jenco Medical and Mobility, Inc. with extensive experience managing and operating the Jenco's business prior to the Asset Purchase; and.

WHEREAS, Company desires to retain Consultant as an independent contractor to perform the services as set forth herein.

### AGREEMENT

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Company and Consultant hereby enter into this Agreement.

1.     DUTIES.  Subject to the terms and conditions of this Agreement, Consultant agrees to assist Company with: (i) the transition of Jenco Medical and Mobility, Inc.'s business to Company to allow Company to recognize the value of the assets purchased by Company; (ii) other activities to further the efficient operations of and the marketing and selling of Company's products and services as well as the duties of Respiratory Therapist with all respiratory issues such as CPAP, BIPAP, and Oxygen setups or questions; and (iii) special projects as mutually agreed to by the Parties (collectively, the "Services").  The duties of Consultant may be modified from time to time at Company's sole discretion. Consultant shall maintain control of Consultant's schedule for the performance of Services, but shall notify Company of any material changes to Consultant's schedule within a reasonable time prior to the change, including any period of time for which Consultant is unavailable to perform such Services.  The Consultant represents that he has the proper skill, training and background to perform the Services in a competent and professional manner.

2.     COMPENSATION.  Subject to the terms and conditions of this Agreement and in consideration of Consultant's professional services, Company shall pay Consultant Fifty-Five

Thousand and 00/100 Dollars ($55,000.00) for the initial Term (as defined below) paid in 2 equal installments on a Bi-Annual basis via check or as otherwise agreed to by the Parties in writing for a full year from May 1st 2017 through April 30, 2018 ("Compensation"). No penalty shall be applied in the event of the early payment or payment in full of any amount of the unpaid balance of the Compensation. Consultant is solely responsible for the payment of all income, social security, employment-related, or other taxes incurred as a result of the performance of the Services by Consultant under this Agreement and for all obligations, reports, and timely notifications relating to such taxes. Company shall have no obligation to pay or withhold any sums for such taxes.

3. RELATIONSHIP OF PARTIES. The Parties acknowledge and agree that Consultant shall at all times be an independent contractor, and shall not be a co-venturer, agent, employee, partner, or representative of the Company.

4. TERM AND RENEWAL. This Agreement shall take effect on the date Consultant and Company close on the Asset Purchase Transaction (the "Effective Date") and expire on the one-year anniversary of the Effective Date (the "Term"). The Parties may renew the Term if both Parties consent to the renewal in writing prior to the expiration of the then current term. Compensation for any renewed Term(s) is to be determined by mutual agreement of the Parties in writing at the time of renewal.

5. NON-COMPETITION, NON-SOLICITATION, AND CONFIDENTIALITY CLAUSES. Consultant acknowledges that during the Term of this Agreement, Consultant will have extensive access to Company's confidential information and will also develop relationships with Company's clients. Jenco Medical and Mobility, Inc. and its principal and sole shareholder, James W. Gholson, acknowledge that the Asset Purchase Agreement executed simultaneously herewith provides benefit to Corporation and to the named individual shareholder. As a result, to preserve the goodwill associated with the business of Company and as a condition of entering into the Asset Purchase Agreement with Company, Consultant, Jenco Medical and Mobility, Inc., and James W. Gholson, individually, agree as follows:

a. Non-Compete. As a separate and independent covenant, and for a period of three (3) years after the closing of the Asset Purchase (the "Restricted Period"), the Consultant, Jenco Medical and Mobility, Inc., James W. Gholson, shall not compete with the Company by attempting, directly or indirectly on his or their own behalf or on the behalf of other individuals or entities, as a director, trustee, owner, employee, consultant, advisor, independent contractor, or in any other capacity whatsoever to engage in, contribute to, work with, obtain an ownership interest in, or provide services or products similar to those offered by the Company and their affiliated entities, including but not limited to insurance marketing or sales, the practice of pharmacy, medical equipment marketing or sales, any home modifications marketing, sales, or installation (collectively, "Competing Business") which Competing Business is located within a two hundred (200) mile radius of Company's headquarters located at 1198 State Road 46 East, Batesville, Indiana.

b. Non-Solicitation. As a separate and independent covenant, during the Term or any renewal thereof and the Restricted Period, Consultant, Jenco Medical and Mobility,

2

Inc., and James W. Gholson shall not directly or indirectly attempt to hire, engage, or employ, or solicit, contact, or communicate with, for the purpose of hiring, employing, or engaging, any person who is then an employee, agent, or subcontractor of Company unless such activities are done for the sole benefit of the Company.

        c.    Reasonableness. Consultant, Jenco Medical and Mobility, Inc. and James W. Gholson acknowledge and stipulate that, by virtue of Consultant's relationship with Company and his knowledge of the affairs, business, and operations of Company, and also the uniqueness of Company's product and services, irreparable loss, damage, and injury will be suffered by Company if Consultant or any other of the non-competing entities or individuals should breach or violate any of the terms or provisions of the covenants contained in Article 5 herein. In the event of breach, or threatened breach, of any provisions of this Agreement, Company shall be entitled to seek damages, if determinable, and, at the option of Company, injunctive relief. In addition, Company shall be entitled to all reasonable attorneys' fees and costs incurred in the enforcement of this Article 5. Consultant hereby waives any claim that Company has any adequate remedy at law in the event of a breach, or a threatened breach, of this Article 5 of this Agreement. In the event Consultant breaches any of the covenants set forth in this Article 5, the time period for the applicable restriction shall be tolled during the continuation of any such breach by Consultant and commence only upon Consultant's full compliance with the terms of the applicable restriction either voluntarily or as a result of any court-ordered injunction.

        d.    Confidentiality of Proprietary Information. Except as required by law or court order, at all times during and after the Term or any renewal thereof, Consultant shall conform his conduct to Company's policies and the requirements of the Indiana Trade Secrets Act, Ind. Code § 24-2-3-1 *et seq.* ("Trade Secrets Act"). At all times during the Term of this Agreement, any renewals thereof, and after its expiration or termination, Consultant shall keep confidential and not misappropriate, use, disclose, reproduce, distribute, or otherwise disseminate, to or for any third party, any privileged, confidential, or proprietary information of Company, constituting trade secrets within the meaning of the Trade Secrets Act, including but not limited to the professional and business practices, methods, and plans, intellectual property, customers, and client lists of Company. Consultant shall also keep confidential and not disclose any other confidential information relating to Company business ("Proprietary Information"). Consultant agrees that such Proprietary Information and all electronic embodiments thereof of Company's, while not constituting a "trade secret" within the meaning of the Trade Secrets Act, possess actual or potential independent economic value to Company. Consultant further recognizes and agrees that a violation of the confidentiality obligations set forth in this paragraph may be remedied through judicial or other legal proceedings, and that the penalty for such a violation may include payment of compensatory damages, punitive damages, injunctive relief, and recovery of attorneys' fees.

        6.    COMPANY'S CLIENTS. If Consultant performs any Services on the premises of Company, Consultant shall follow Company's work schedule, holiday schedule, work rules, and security regulations made known to Consultant, unless otherwise directed by Company. Consultant further agrees to keep confidential and not disclose any confidential or proprietary information of any of Company's clients, which confidential and proprietary information shall

3

include all secret or nonpublic information, in tangible or intangible form, relating to Company's clients, as applicable, and their operations, employees, products, or services, any information relating to any affiliate, client, or potential client and all Personal Information (as defined herein). Personal Information as used in this Agreement means personally identifiable information relating to any employee, consumer, or actual or potential client of Company's or Company's clients.

7.   TERMINATION.

a.   Termination Without Cause. Either Party may terminate this Agreement at any time without cause upon Thirty (30) days written notice mailed to the other's last known address.

b.   Termination With Cause.   This Agreement may be immediately terminated as of any date by either Party giving the other Party written notice if the other Party fails to observe or comply with the provisions of this Agreement.

c.   Effects of Termination.   Upon the termination or expiration of this Agreement except a Termination of Consultant for Cause, the Parties acknowledge: (i) Company shall continue to make the remaining installment Compensation payments pursuant to the terms set forth in Section 2 following the termination; (ii) Consultant shall promptly return any supplies, printed materials, Proprietary Information, or other confidential information of Company or other property that Company furnishes to Consultant; and (iii) the rights and obligations of Company and Consultant set forth in Sections 2, 5, 6, 7, 8, 9, 10 and 12 shall not be affected by the termination hereof and shall survive termination or expiration of this Agreement.

8.   WORK FOR HIRE. Unless otherwise agreed in writing by Company, all ideas, techniques, inventions, discoveries, improvements, documents, memoranda, intellectual property, and other material created or developed by Consultant during the Term of this Agreement and all derivative works and copies thereof, and all modifications and improvements thereto, including, but not limited to all copyrights, trademarks, patents, and confidential and proprietary rights therein (the "Consultant's Work"), at all times are, and shall remain the exclusive property of Company.

9.   INDEMNIFICATION. Consultant, Jenco Medical and Mobility, Inc. and James W. Gholson shall be liable for and shall indemnify, defend, and hold Company and its respective officers, directors, agents, and employees harmless against any claims, allegations, losses, liabilities, costs, expenses, damages, reasonable attorneys' and experts' fees, incurred due to: (1) A breach of this Agreement by Consultant or any other named party that is not cured within thirty (30) days of receiving written notice of the breach; (2) the inaccuracy of any material representation contained in this Agreement; and, (3) the (i) negligent acts or omissions, or (ii) intentional acts or omissions of Consultant or any other named party. Consultant shall notify Company in writing of a claim or suit as soon as practicable and shall provide cooperation in the defense or settlement of the claim or suit. The indemnification obligations under this Section 9 shall survive the termination of the Agreement for a period of two (2) years.

4

10.    PERSONAL INFORMATION INCIDENT REQUIREMENTS.    "Personal Information Incident" means an event resulting in the actual or suspected unauthorized acquisition, loss, or distribution of paper or computerized data that could compromise the security, confidentiality, or integrity of Personal Information. Upon Consultant's discovery of a potential or actual Personal Information Incident, the Consultant shall notify Company immediately, and in no less than four hours, of such Personal Information Incident. If a Personal Information Incident occurs, Consultant shall upon the request of Company provide all reasonable assistance to Company to remedy or mitigate such Personal Information Incident as specifically directed by Company.

11.    PUBLICITY. Consultant shall not use the name, logo, trademarks, trade names, or any facsimile thereof of Company or any of Company's clients in publicity releases, advertising, marketing, or promotional material or other business generating efforts without the written consent of Company.

12.    ENTIRE AGREEMENT; ORAL MODIFICATIONS NOT BINDING.    This instrument is the entire agreement between the Parties. Unless otherwise stated herein, this Agreement may be altered only by a written agreement signed by the party against whom enforcement of the alteration is sought.

13.    SEVERABILITY. In the event that any provision of this Agreement is found invalid or unenforceable pursuant to judicial decree or decision, the remainder of this Agreement shall remain valid and enforceable according to its terms.

14.    APPLICABLE LAW AND BINDING EFFECT.    This Agreement shall be construed pursuant to the laws of the State of Indiana. All provisions contained in this Agreement shall survive termination of this Agreement. The Parties agree that any dispute that may arise out of or relate to this Agreement will be venued in Franklin County, Indiana.

15.    ASSIGNABILITY. Neither party may assign this Agreement or any rights or obligations under this Agreement without the specific written consent of the other party, except that this Agreement may be assigned by Company to any successor entity without the prior consent of the Consultant.

16.    NON-WAIVER. The waiver by either party of a breach or violation of any provision of this Agreement shall not operate as, or be construed to be, a waiver of any subsequent breach of the same or other provision(s).

5

IN WITNESS WHEREOF, the Parties have executed this Agreement effective as of the date first written above.

"Company"

George's Family Pharmacy, Inc.

By: _____

Printed: Trent Gillman

Title: Owner / CFO

"Consultant"

_Jm Gholson CRT, RCP_

Jim Gholson, RT

JENCO MEDICAL AND MOBILITY, INC.

By: _Jm Gholson_

JAMES W. GHOLSON

_Jm Gholson_

JAMES W. GHOLSON, individually

(RE/George's Family Pharmacy/Independent Consulting Agmt Clean copy)

6



# A facsimile from

**JENCO MEDICAL AND MOBILITY, INC**
2202 N Totten Circle,
Suite B
North Vernon, IN  47265
812-352-8440,
fax 812-352-8220

**To:** Trent

**From:** Jmi

**Fax#:** 855· 600· 6386

**Date:** 4-28-17
No of Pages:

**Regarding:**
contracts

**Comments:**

## WARNING CONFIDENTIALLY NOTICE

**This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  Any dissemination, distribution or copying of this communication is strictly prohibited if you are not the intended recipient.  If you have received this communication in error, please do not distribute.  Please notify the sender at the address shown and delete or destroy the original message and any attachments.  Thank you.**

Fill in this information to identify your case:

Debtor 1          **James W Gholson**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number      **17-90942-BHL**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

    Do not list Debtor 1 and    ☐ Yes.   Fill out this information for
    Debtor 2.                              each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include**    ■ No
    **expenses of people other than**  ☐ Yes
    **yourself and your dependents?**

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage       4.  $                    **1,119.00**
    payments and any rent for the ground or lot.

    **If not included in line 4:**

    4a.    Real estate taxes                                                          4a.  $                       **66.66**
    4b.    Property, homeowner's, or renter's insurance                               4b.  $                      **125.00**
    4c.    Home maintenance, repair, and upkeep expenses                              4c.  $                      **150.00**
    4d.    Homeowner's association or condominium dues                                4d.  $                        **0.00**
5.  **Additional mortgage payments for your residence,** such as home equity loans    5.   $                       **63.00**

| Debtor 1 | **James W Gholson** | | Case number (if known) | **17-90942-BHL** |
|---|---|---|---|---|

**6. Utilities:**

| | | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | 300.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ | 42.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| 6d. | Other. Specify: **Cable** | 6d. | $ | 108.00 |
| | **Internet** | | $ | 39.99 |
| | **Cell Phone** | | $ | 80.00 |
| **7.** | **Food and housekeeping supplies** | 7. | $ | 600.00 |
| **8.** | **Childcare and children's education costs** | 8. | $ | 0.00 |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | $ | 100.00 |
| **10.** | **Personal care products and services** | 10. | $ | 100.00 |
| **11.** | **Medical and dental expenses** | 11. | $ | 0.00 |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 250.00 |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| **14.** | **Charitable contributions and religious donations** | 14. | $ | 0.00 |

**15. Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | | |
|---|---|---|---|---|
| 15a. | Life insurance | 15a. | $ | 98.00 |
| 15b. | Health insurance | 15b. | $ | 0.00 |
| 15c. | Vehicle insurance | 15c. | $ | 90.00 |
| 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |

**16. Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.

| | | | | |
|---|---|---|---|---|
| | Specify: | 16. | $ | 0.00 |

**17. Installment or lease payments:**

| | | | | |
|---|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | 450.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| 17c. | Other. Specify: | 17c. | $ | 0.00 |
| 17d. | Other. Specify: | 17d. | $ | 0.00 |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |

**20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | | |
|---|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| 20b. | Real estate taxes | 20b. | $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| **21.** | **Other:** Specify: **Social Security Exclusion** | 21. | +$ | 464.00 |

**22. Calculate your monthly expenses**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | | $ | 4,245.65 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 4,245.65 |

**23. Calculate your monthly net income.**

| | | | | |
|---|---|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 4,246.00 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | -$ | 4,245.65 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 0.35 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: